```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

KIERSTEN N. DAHLHOFF,         }
                              }
    Plaintiff,                }
                              }    CIVIL ACTION NO.
v.                            }    2:13-cv-2279-WMA
                              }
PERFORMANT RECOVERY, INC.,    }
                              }
    Defendant.                }

### ORDER

Pursuant to the stipulation of dismissal filed on January 6, 2015, by plaintiff and defendant, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

The pretrial conference set on January 30, 2015, is CANCELLED.

DONE this 7th day of January, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE